**Order filed, May 4, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00160-CR
NO. 14-12-00161-CR
_____

**ROWENA MANUELA KLINKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCR-052114 & 09-DCR-051626**

---

## ORDER

The reporter's record in this case was due **April 2, 2012**, 2012. *See* Tex. R. App. P. 35.1. On April 2, 2012, this court granted the court reporters request for extension of time to file the record until May 2, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Karen Rothman**, the official court reporter, to file the record in this appeal **on or before May 16, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Karen Rothman** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM